UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| JASON L. WESTERFIELD, | ) Case No. 1:18CV02725 |
| | ) |
| Petitioner, | ) |
| | ) JUDGE SARA LIOI |
| v. | ) MAGISTRATE JUDGE DAVID A. RUIZ |
| | ) |
| LYNEAL WAINWRIGHT, | ) |
| Warden, | ) |
| | ) |
| Respondent. | ) REPORT AND RECOMMENDATION |
| | ) |

On November 26, 2018, Petitioner Jason Westerfield ("Petitioner") filed for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. (R. 1.) The petition is before the magistrate judge pursuant to Local Rule 72.2. Petitioner is in the custody of the Ohio Department of Rehabilitation and Correction pursuant to journal entry of sentence in the case of *State of Ohio v. Westerfield*, Case No. 17-CR-0235 (Crawford County Oct. 23, 2017). (R. 1, PageID #: 1.)

Now pending before this court is Petitioner's unopposed motion to dismiss his petition. (R. 31). The undersigned recommends that the Petitioner's Motion to Dismiss be GRANTED.

**I. Analysis**

Petitioner has filed three petitions for writ of habeas corpus pursuant to 28 U.S.C. § 2254, all based on the same state court conviction. The instant petition is Petitioner's first petition ("the 2725 petition"). The second petition was filed on April 23, 2019. (*Westerfield v. Harris*, No. 1:19CV911 (N.D. Ohio Apr. 23, 2019), hereinafter "the 911 petition"). The third petition was filed on July 31, 2019. (*Westerfield v. Harris*, No. 1:19CV1733 (N.D. Ohio July 31, 2019), hereinafter "the 1733

1

petition").

On June 9, 2020, Petitioner moved to dismiss the 2725 petition "being that the petition in Case No. 1:19CV1733 correctly incorporates the necessary issues that are to be reviewed. Therefore, to clear the court's docket, the Petitioner ask[s] that Case No. 1:18CV2725 be dismissed and for the parties to deal with the issues in case No. 1:19CV1733." (R. 31).

On December 8, 2020, the undersigned explained "that the nine claims in the 1733 petition are repetitions of the claims from 2725 and 911 petitions." (*Westerfield v. Harris*, No. 1:19CV1733 (N.D. Ohio July 31, 2019, R. 18). Because the 1733 petition incorporates the grounds of the 2725 petition and Respondent's Return of Writ to the 1733 petition concedes there is no statute of limitations bar, *see Westerfield v. Harris*, No. 1:19CV1733, R. 9 at PageID # 70-71, the court recommends that Petitioner's motion to dismiss, (R. 31), be granted, and the 2725 petition be dismissed.

                                         s/ David A. Ruiz
                                         David A. Ruiz
                                         United States Magistrate Judge

Date:   December 17, 2020

## OBJECTIONS

Any objections to this Report and Recommendation must be filed with the Clerk of Courts within fourteen (14) days of service of this notice. Fed. R. Civ. P. 72(a); LR 72.3(a). Failure to file objections within the specified time WAIVES the right to appeal the Magistrate Judge's recommendation. *See Thomas v. Arn*, 474 U.S. 140 (1985); *see also United States v. Walters*, 638 F.2d 947 (6th Cir. 1981).